UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00415-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN ROMERO-CHILEL, a/k/a Juan Chavez,

    Defendant.

---

## ORDER

---

    THIS MATTER is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

    ORDERED that all pretrial motions shall be filed by **Monday, September 14, 2009,** and responses to these motions shall be filed by **Monday, September 28, 2009.** It is

    FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

    FURTHER ORDERED that a three-day jury trial is set for **Monday, October 5, 2009, at 9:00 a.m. in courtroom A1002.**

    Dated:  August 11, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge