UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00415-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JUAN ROMERO-CHILEL, a/k/a Juan Chavez,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Sentencing hearing set for **Friday, February 5, 2010, at 10:00 a.m., in Courtroom A-1002** is rescheduled for **Friday, February 5, 2010, at 10:30 a.m.**

      Dated: February 1, 2010